AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rodymar LELIS | ) | Case No. 19mj3990 |
| Year of Birth: 1989 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **RODYMAR LELIS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Section 2252A(a)(5)(B): Possession and/or Access with Intent to View Child Pornography.

Date: 11/06/2019

*Issuing officer's signature*

John F. Robbenhaar, USMJ
*Printed name and title*

City and state: Albuquerque, NM

### Return

This warrant was received on *(date)* 11/6/19, and the person was arrested on *(date)* 11/5/19
at *(city and state)* Española, New Mexico.

Date: 11/6/19

*Arresting officer's signature*

Zachary Mark Souder, HSI SA
*Printed name and title*