# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance

| Case Number: | 19mj3990 | UNITED STATES vs. Lelis | |
|---|---|---|---|
| Hearing Date: | 11/6/2019 | Time In and Out: | 9:48 a.m./9:54 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Rodymar Lelis | Defendant's Counsel: | Kari Converse for this hearing only |
| AUSA: | Sarah Mease | Pretrial/Probation: | A. Carter |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

☒ Defendant received a copy of charging document

☒ Court advises defendant(s) of possible penalties and all constitutional rights

☒ Defendant wants Court appointed counsel

☒ Government moves to detain   ☐ Government does not recommend detention

☒ Set for Preliminary/Detention Hearing — on Thursday, November 07, 2019 — @ 9:30 a.m.

## Preliminary/Show Cause/Identity

☐ Defendant

☐ Court finds probable cause   ☐ Court does not find probable cause

## Detention

☐ Defendant waives Detention Hearing

☐

## Custody Status

☒ Defendant remanded to custody of United States Marshal's Service

☐ Conditions

## Other

☐ Matter referred to _____ for Final Revocation Hearing

☐