# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19mj3990 | UNITED STATES vs. Lelis | |
| Hearing Date: | 11/8/2019 | Time In and Out: | 9:38 a.m./9:39 a.m. 10:46 a.m./11:53 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Rodymar Lelis | Defendant's Counsel: | Alejandro Fernandez |
| AUSA: | Sarah Mease | Pretrial/Probation: | A. Galaz |
| Interpreter: | N/A | Witness: | Zachary Mark Souder |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☒ Defense addresses Court; requests release. Government responds; requests detention. Defense replies. Court findings.

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Preliminary Hearing Held: Counsel enters their appearances for the record. Government calls HSI Special Agent Zachary Souder, sworn, direct. Defense cross examination. Government redirect. Defense addresses Court as to probable cause. Government responds. Court findings.